STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DONALD BELLINA, DEFENDANT-PETITIONER.

*Mr. Michael A. Querques* and *Mr. Frank P. Villanova* for
the petitioner.

*Mr. Brendan T. Byrne* and *Mr. John G. Graham* for the
respondent.

May 12, 1965. Denied.

ESTHER ZOGOREN, PLAINTIFF-PETITIONER, v. RUTGERS
CHEVROLET CO., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Borrus, Goldin & Foley* for the petitioner.

*Messrs. Harth & Enright* for the respondents.

May 12, 1965. Denied.